IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-02368 jw |
| | ) | CHAPTER 13 |
| Charles Daniels | ) | |
| Ester Daniels | ) | CERTIFICATION OF PLAN COMPLETION |
| 3101 Westwood Circle | ) | AND REQUEST FOR A DISC |
| Beaufort, South Carolina 29906 | ) | |
| Debtor(s) | ) | |

The above-captioned debtor certifies under penalty of perjury that the following are true and correct:

1) There has been no Court order that would deny the debtor the right to a discharge.

2) All payments due under the plan have been completed, including all payments required under 11 U.S.C. §1322(b)(5)..

3) Pursuant to 11 U.S.C. § 1328(a), all amounts payable for domestic support obligations due on or before the date set forth below (including any amounts due before the filing of the bankruptcy petition to the extent provided for by the plan) have been paid to:

   Name: _____na_____
   Address: _____

   The debtor's employer (including address):

   Name: ___retired (her)_____
   Address: _____
   Name ___retired (her)_____
   Address: _____

   Claims that were not discharged pursuant to 11 U.S.C. § 523(a)(2) or (4): ___NA_____

   Debts that were reaffirmed under 11 U.S.C. § 524(c): ___NA_____

4) The provisions of 11 U.S.C. § 522(q)(1) are not applicable to this case under 11 U.S.C. § 1328(h) and there are no proceedings pending against the debtor of the kind described in 11 U.S.C. § 522(q)(1)(A) or 522(q)(1)(B).

5) The debtor has not received a discharge in a case filed under 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order.

6) The debtor has either sought an exemption from or completed an instructional course concerning personal financial management described in 11 U.S.C. § 111 and, if completed, has either previously filed Official Form 423 so certifying with the Court, or such certification and accompanying documents are being contemporaneously filed herewith.

The undersigned requests that a discharge be granted in accordance with 11 U.S.C. § 1328.

Date: 11-16-2021

Debtor /s/ Charles Daniels                    /s/ Ester Daniels
       Charles Daniels                            Ester Daniels

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-02368 |
| | ) | CHAPTER 13 |
| Charles Daniels | ) | |
| Ester Daniels | ) | NOTICE OF CERTIFICATION OF PLAN |
| | ) | COMPLETION AND REQUEST FOR |
| | ) | DISCHARGE |
| Debtor(s) | ) | |

To the Trustee and to all creditors and parties in interest:

Charles and Ester Daniels have filed papers with the court to request a discharge pursuant to 11 U.S.C. § 1328(a) in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the debtor(s) a discharge or if you have any reason to believe that the provisions of 11 U.S.C. § 522(q)(1) apply to this debtor or that there is pending any proceeding in which the debtor may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B), or you want the court to consider your views on this Notice, then within fourteen (14) days of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at:

1100 Laurel Street
Columbia, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Michael Matthews Esquire, 2015 Boundary Street, Ste 319, Beaufort, SC 29902 and

Charles and Ester Daniels, 3101 Westwood Circle, Beaufort, South Carolina 29906; and

Attend the hearing scheduled to be heard on December 9, 2021, at 10:00 a.m. at the United States Bankruptcy Court, 145 King Street, Room 225, Charleston, South Carolina.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the certification or this notice and may enter an order granting that relief.

Date of Service 11-16-2021

/s/ Michael Matthews
Michael Matthews Esquire  ID 10012
2015 Boundary Street Ste 319
Beaufort, South Carolina 29902
Telephone (843) 379-0702
Telefax (843) 379-0703

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

|  |  |  |
|---|---|---|
| Charles Daniels | ) | CASE NO.: 18-02368 |
| Ester Daniels | ) | CHAPTER 13 |
|  | ) |  |
|  | ) | CERTIFICATE OF MAILING |
| Debtor(s) | ) |  |

I, the undersigned legal assistant of the law office of Michael Matthews, Attorney at Law, attorneys for the debtor(s), do hereby certify that I have mailed a copy of the Certification of Plan Completion and Request for Discharge in the above matter, postage prepaid to each of the parties listed below in said action, this 16th day of November, 2021.

James M Wyman Trustee
PO Box 997
Mt. Pleasant, SC 29465
Via electronic filing

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street Ste 953
Columbia, SC  29201

US Bank
Rushmore Loan Management Services
P O Box 52708
Irving, CA  92619

/s/ Jenny Durham
Jenny Durham